# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS | Case Number<br>10-19144 - A - 7 |
|---|---|
| In re<br><br>**Kenneth Scott Tianen**<br>7913 Rivermist<br>Bakersfield, CA 93313      **Heather Nicole Tianen**<br>7913 Rivermist<br>Bakersfield, CA 93313<br>Debtor(s). | **FILED**<br><br>**8/11/10**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>dmof |

**IT IS ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

- $ 99.00 on or before   09/10/2010
- $ 100.00 on or before   10/12/2010
- $ 100.00 on or before   11/10/2010

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated:   8/11/10

FOR THE COURT
Richard G. Heltzel Clerk,
BY: dmof , Deputy Clerk
U.S. Bankruptcy Court
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318
(559) 499-5800

The Deputy Clerk whose ID appears above certifies that on August 11, 2010 , a copy of this order was returned to the filing party.

Payments shall be made by mail or in person at the divisional office indicated above. DO NOT send cash through the mail. You are reminded that **NO PERSONAL CHECKS WILL BE ACCEPTED**. Use money orders or cashier's checks only, payable to "Clerk, U.S. Bankruptcy Court." To insure proper credit, please include the debtor's name, the case number, and the words "Filing Fee Installment Payment" on your money order or cashier's check.