2010-19144
FILED
November 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003080581

1  Ja Vonne M. Phillips, Esq. SBN 187474
2  Doyna V. Dardon, Esq. SBN 250502
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (619) 685-4800
5  Fax (619) 685-4810

6  Attorney for: Secured Creditor,
   Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed
7  Pass-Through Certificates Series 2006-3, its assignees and/or successors and the servicing agent
8  American Home Mortgage Servicing, Inc

9

                    UNITED STATES BANKRUPTCY COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         BAKERSFIELD DIVISION
12

13  In re:                                      ) Case No. 10-19144
14                                              )
    Kenneth Scott Tianen,                       ) DC No. DVD-1
15  Heather Nicole Tianen,                      )
16                                              ) Chapter  7
17        Debtors.                              )
                                                ) **ORDER ON MOTION FOR RELIEF**
18  Citibank, N.A., as Trustee for American     ) **FROM AUTOMATIC STAY**
19  Home Mortgage Assets Trust 2006-3,          )
    Mortgage-Backed Pass-Through                )
20  Certificates Series 2006-3, its assignees   ) Date:   11/16/2010
21  and/or successors and the servicing         ) Time:   1:00 PM
22  agent American Home Mortgage                ) Ctrm:   Suite A, 1st Floor
    Servicing, Inc,                             ) Place:  1300 18th Street
23                                              )        Bakersfield, CA
24        Secured Creditor,                     )
          v.                                    ) Judge:  Whitney Rimel
25                                              )
26  Kenneth Scott Tianen, Heather Nicole        )
27  Tianen, Debtors; and Jeffrey M. Vetter,     )
    Chapter 7 Trustee,                          )
28                                              )
29        Respondents.                          )

RECEIVED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003080581

File No. CA-10-34146/ Case No.  10-19144
Order on Motion For Relief From Stay

1    The motion of Secured Creditor, Citibank, N.A., as Trustee for American Home Mortgage

2   Assets Trust 2006-3, Mortgage-Backed Pass-Through Certificates Series 2006-3, its assignees

3   and/or successors and the servicing agent American Home Mortgage Servicing, Inc, for relief

4   from the automatic stay came on regularly for hearing by the Court on the date, time and place set

5   forth above, before the Honorable Whitney Rimel, Judge Presiding.  Movant, Citibank, N.A., as

6   Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed Pass-Through

7   Certificates Series 2006-3, its assignees and/or successors and the servicing agent American Home

8   Mortgage Servicing, Inc. appeared telephonically by and through its Attorney of Record, McCarthy

9   & Holthus, LLP by Doyna V. Dardon, Esq.. All other appearances are as noted in the court record.

10

11       Upon reading the papers and pleadings on file herein, and upon hearing oral argument and

12  based on the evidence presented, the Court rules as follows:

13

14       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

15  provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant,

16  Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed

17  Pass-Through Certificates Series 2006-3, its assignees and/or successors and the servicing agent

18  American Home Mortgage Servicing, Inc., in the real property commonly known as 7913 Rivermist

19  Avenue, Bakersfield, CA 93313.

20

21       IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California

22  Civil Code Section 2923.5.

Dated:

Nov 22, 2010

United States Bankruptcy Judge

Order on Motion For Relief From Stay